Lester BRADLEY, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 58245.

Missouri Court of Appeals,
Western District.

Dec. 26, 2000.

John M. Schilmoeller, Asst. Public Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Adriane D. Crouse, Asst. Atty. Gen., Jefferson City, for respondent.

Before BRECKENRIDGE, P.J., ULRICH, J. and HOWARD, J.

### ORDER

PER CURIAM:

Lester Bradley appeals the denial of his Rule 24.035 motion for postconviction relief without an evidentiary hearing. Mr. Bradley sought to vacate his convictions for one count of first degree statutory sodomy, section 566.062, RSMo 1994, and two counts of second degree child molestation, section 566.068, RSMo 1994, and sentences of 15 years imprisonment on the statutory sodomy count and concurrent one year sentences on each of the child molestation counts. He claims that his guilty plea was not knowingly and voluntarily entered because plea counsel failed to clearly communicate the state's plea bargain offer. The judgment of the motion court is affirmed. Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Roy SANFORD, Appellant.

No. WD 58075.

Missouri Court of Appeals,
Western District.

Dec. 26, 2000.

Emmett Queener, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before SPINDEN, Chief Judge, ULRICH, Judge, and EDWIN H. SMITH, Judge.

### ORDER

Roy Sanford appeals the circuit court's judgment convicting him of five counts of assault of a law enforcement officer in the first degree and five counts of armed criminal action. We affirm. Rule 30.25(b).